IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 09-cv-02858-CMA-BNB     Date: April 26, 2010
Courtroom Deputy: Geneva D. Mattei     FTR BNB COURTROOM A-401

---

ILONA KIRZHNER,           Alan Sweetbaum
an individual              Charles Westby

   Plaintiff(s)

v.

DAVID SILVERSTEIN,         Marc Pappalardo
an individual
EVERGREEN INDUSTRIES, INC.,     Daniel Glasser
a Colorado corporation
formerly known as
Breakthrough Management Group
International Inc.
DAVID SILVERSTEIN INVESTMENTS, LLC, and Marc Pappalardo
a Colorado limited liability company
DSI INVESTMENTS, LLC,       Marc Pappalardo
a Colorado limited liability company

Defendant(s).

---

## COURTROOM MINUTES

---

HEARING: MOTION

Court in Session:  10:31 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendants' motion for Rule 26(c) protective order concerning all discovery pending consideration of defendants' Rule 11 sanctions motion on the contract and fraud claims and the motions to dismiss (Doc #[35]; filed 4/5/10) is taken under advisement.**

Court in Recess:      11:01 a.m.      Hearing concluded.  Total time in Court: 00:30

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.