IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action No. 09-cv-02858-CMA-BNB | Date: May 7, 2010 |
|---|---|
| Courtroom Deputy: Kathleen Finney | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| ILONA KIRZHNER, an individual | Alan Sweetbaum Charles Westby |
| Plaintiff(s) | |
| v. | |
| DAVID SILVERSTEIN, an individual | Marc Pappalardo |
| EVERGREEN INDUSTRIES, INC., a Colorado corporation formerly known as Breakthrough Management Group International Inc. | Daniel Glasser |
| DAVID SILVERSTEIN INVESTMENTS, LLC, and a Colorado limited liability company | Marc Pappalardo |
| DSI INVESTMENTS, LLC, a Colorado limited liability company | Marc Pappalardo |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:    10:44 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff's Motion to Disqualify Marc Pappalardo as Counsel for David Silverstein, David Silverstein Investments, LLC, and DSI Investments, LLC in this Matter [Doc. # 42; filed 4/16/2010] is **TAKEN UNDER ADVISEMENT.**

Court in Recess: 11:35a.m.     Hearing concluded.     Total time in Court: 00:51

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.