IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02858-CMA-BNB

ILONA KIRZHNER,

Plaintiff,

v.

DAVID SILVERSTEIN,
EVERGREEN INDUSTRIES, INC., a Colorado corporation, f/k/a Breakthrough Management Group International, Inc., f/k/a Breakthrough Management Group, Inc.,
DAVID SILVERSTEIN INVESTMENTS, LLC, a Colorado limited liability company, and
DSI INVESTMENTS, LLC, a Colorado limited liability company,

Defendants.

---

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Unopposed Motion for Leave to File Amended Counterclaims** [Doc. # 70, filed 10/18/2010] is GRANTED. The Clerk of the Court is directed to accept for filing Defendant David Silverstein's First Amended Counterclaim [Doc. # 70-1].

DATED: October 21, 2010