IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  09-cv-02858-CMA-BNB | Date: November 18, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| ILONA KIRZHNER,<br>an individual<br>             Plaintiff(s), | Thomas DeVine, Jr. |
| v. | |
| DAVID SILVERSTEIN,<br>an individual | Marc Pappalardo |
| EVERGREEN INDUSTRIES, INC.,<br>a Colorado corporation<br>formerly known as<br>Breakthrough Management Group<br>International Inc. | Daniel Glasser |
| DAVID SILVERSTEIN INVESTMENTS, LLC, and<br>a Colorado limited liability company | Marc Pappalardo |
| DSI INVESTMENTS, LLC,<br>a Colorado limited liability company | Marc Pappalardo |
|             Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:     8:30 a.m.

Appearance of counsel also present David Silverstein.

Court's opening remarks.

Argument presented.

Mr. DeVine's exhibits offered and accepted.

**ORDERED:** **Plaintiff Ilona Kirzhner's motion for extension of the expert disclosure deadlines [Doc. #77; filed 10/28/10] is granted for reasons stated on the record. The case schedule is modified as follows:**
**Discovery cut-off: April 29, 2011**
**Dispositive motion deadline: May 13, 2011**
**The parties shall designate all experts on or before March 1, 2011.**
**The parties shall designate all rebuttal experts on or before April 1, 2011.**

**ORDERED:** **Motion to compel responses to written discovery [ Doc. #83; filed 11/17/10] is denied for reasons stated on the record.**

Court in Recess: 9:34 a.m.   Hearing concluded.          Total time in Court: 01:04

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.