IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02858-CMA-BNB

ILONA KIRZHNER,

Plaintiff,

v.

DAVID SILVERSTEIN,
EVERGREEN INDUSTRIES, INC., a Colorado corporation, f/k/a Breakthrough Management Group International, Inc., f/k/a Breakthrough Management Group, Inc.,
DAVID SILVERSTEIN INVESTMENTS, LLC, a Colorado limited liability company, and
DSI INVESTMENTS, LLC, a Colorado limited liability company,

Defendants.

_____

**ORDER**

_____

This matter arises on the following:

(1) **Plaintiff Ilona Kirzhner's Motion for Extension of the Expert Disclosure Deadlines** [Doc. # 77, filed 10/28/2010] (the "Motion for Extension"); and

(2) Plaintiff's **Motion to Compel Responses to Written Discovery** [Doc. # 83, filed 11/17/2010] (the "Motion to Compel").

I held a hearing on the motions this morning and made rulings on the record. In summary and for the reasons stated on the record,

IT IS ORDERED:

(1) The Motion for Extension [Doc. # 77] is GRANTED, and the case schedule is modified to the following extent:

       Discovery Cut-Off:                     April 29, 2011

       Dispositive Motions Deadline:       May 13, 2011

       Expert Disclosures:

(a)    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 1, 2011

(b)    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 1, 2011

Final Pretrial Conference: The final pretrial conference set for March 18, 2011, at 9:00 a.m., is VACATED and RESET to **July 13, 2011, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than July 6, 2011;

(2)    No further extension of the schedule will be allowed; and

(3)    The Motion to Compel [Doc. # 83] is DENIED for failure meaningfully to confer as required by D.C.COLO.LCivR 7.1A. Hoelzel v. First Select Corp., 214 F.R.D. 634, 635-36 (D. Colo. 2003).

Dated November 18, 2010.

                                               BY THE COURT:

                                               s/ Boyd N. Boland
                                               United States Magistrate Judge