IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02858-CMA-BNB

ILONA KIRZHNER,

Plaintiff,

v.

DAVID SILVERSTEIN,
EVERGREEN INDUSTRIES, INC., a Colorado corporation, f/k/a Breakthrough Management Group International, Inc., f/k/a Breakthrough Management Group, Inc.,
DAVID SILVERSTEIN INVESTMENTS, LLC, a Colorado limited liability company, and
DSI INVESTMENTS, LLC, a Colorado limited liability company,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1) Plaintiff's **Unopposed Motion to Amend the Scheduling Order** [Doc. # 100, filed 12/13/2010] is GRANTED; and

(2) Plaintiff's **Unopposed Motion t Amend the Complaint to Add Claims and Join Parties** [Doc. # 101, filed 12/13/2010] is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint [Doc. # 101-2].

DATED: December 13, 2010