IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-02858-CMA -BNB | Date: December 16, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| ILONA KIRZHNER,<br>an individual | Thomas DeVine, Jr.<br>Alan Sweetbaum<br>Burkeley Riggs |
| Plaintiff(s), | Thomas Wagner |
| v. | |
| DAVID SILVERSTEIN,<br>an individual | Marc Pappalardo |
| EVERGREEN INDUSTRIES, INC.,<br>a Colorado corporation<br>formerly known as<br>Breakthrough Management Group<br>International Inc. | Daniel Glasser |
| DAVID SILVERSTEIN INVESTMENTS, LLC, and<br>a Colorado limited liability company | Marc Pappalardo |
| DSI INVESTMENTS, LLC,<br>a Colorado limited liability company | Marc Pappalardo |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:    1:30 p.m.

Appearance of counsel. Timothy Schafer present.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendants' joint motion for sanctions, for an order compelling the disclosure of off-record discussions with the witness and compelling the continued deposition of Timothy J. Schafer [Doc. #90; filed 12/03/10] is granted in part and denied in part for reasons stated on the record.**

Court in Recess     3:00 p.m.     Hearing concluded.  Total time in Court: 01:30

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.f