**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:09-cv-2858-CMA-BNB

ILONA KIRZHNER,

    Plaintiff,

v.

DAVID SILVERSTEIN, an Individual,
EVERGREEN INDUSTRIES, INC., f/k/a BREAKTHROUGH MANAGEMENT GROUP INTERNATIONAL, INC., f/k/a BREAKTHROUGH MANAGEMENT GROUP, INC., a Colorado corporation,
DAVID SILVERSTEIN INVESTMENTS, LLC, a Colorado limited liability company,
DSI INVESTMENTS, LLC, a Colorado limited liability company,
BMGI CORPORATION, a Delaware corporation, and
BMGI HOLDINGS, LLC, a Delaware limited liability company

    Defendants.

---

**ORDER REGARDING DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER CONCERNING ILLEGAL RECORDINGS AND REQUEST FOR EVIDENTIARY HEARING [PROPOSED]**

---

THE COURT, having reviewed Defendants' Joint Motion for Protective Order Concerning Illegal Recordings and Request for Evidentiary Hearing, and Plaintiff's Response thereto, and being fully advised in the premises, hereby Orders as follows:

    a.    The Recording will not be played during any discovery activity or during trial by any party;

    b.    The Recording will not be played for use during the examination, cross-examination, impeachment or rehabilitation of any witness either during a discovery deposition or during trial by any party;

  c. The Recording will not be introduced into evidence at trial;

  d. No transcript of the Recording will be used during any discovery activity or during trial by any party;

  e. No transcript of the Recording will be used during the examination, cross-examination, impeachment or rehabilitation of any witness either during a discovery deposition or during trial by any party;

  f. No transcript of the Recording will be introduced into evidence at trial.

        BY THE COURT

        _____
        Magistrate Judge Boland