**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:09-CV-02858 -CMA-BNB

ILONA KIRZHNER, an individual,

    Plaintiff/Counterdefendant,

v.

DAVID SILVERSTEIN, an individual
EVERGREEN INDUSTRIES, INC., f/k/a
BREAKTHROUGH MANAGEMENT
GROUP INTERNATIONAL, INC., f/k/a
BREAKTHROUGH MANAGEMENT
GROUP, INC., a Colorado corporation,
DAVID SILVERSTEIN INVESTMENTS,
LLC, a Colorado limited liability company,
DSI INVESTMENTS, LLC, a Colorado
limited liability company,

    Defendants,

v.

DAVID SILVERSTEIN, an individual
EVERGREEN INDUSTRIES, INC., a
Colorado corporation,

    Counterclaimants.

---

### DEFENDANTS' RESPONSE TO LETTER FROM DAVID MANSFIELD

---

Defendants David Silverstein, DSI Investments LLC, David Silverstein Investments, LLC, BMGI Corp., Evergreen Industries, Inc., and BMGI Holdings, LLC respond to the letter from David Mansfield.

The dispositive motion deadline in this case is May 13, 2011, and the current discovery cutoff is April 30th (with an exception for Mr. Mansfield's deposition on May 1st). As set forth in Plaintiff's Response to the Letter from David Mansfield (the "Response"), Mr. Mansfield has indicated that he cannot attend his scheduled deposition because of a conflict and the need to hire a new attorney. Mr. Mansfield's deposition has been rescheduled numerous times because of ongoing settlement discussions. Defendants' have offered to stipulate to extending the discovery cutoff for the purpose of taking Mr. Mansfield's deposition to a date that works with Messrs. Sweetbaum's and Mansfield's schedules. Defendants' have no objection to Plaintiff's request in her Response to extend the discovery cutoff to May 20, 2011 ("the week of May 16, 2011" as stated in Plaintiff's Response) for the sole purpose of taking Mr. Mansfield's deposition, and Defendants' request that the dispositive motion deadline be extended to June 3, 2011 (two weeks after Mr. Mansfield's deposition) because his deposition may be necessary for dispositive motions. A proposed form of order is attached.

Respectfully submitted this 29th day of April, 2011.

PAPPALARDO LAW GROUP, LLC

*By:       s/ Marc Pappalardo*
MARC F. PAPPALARDO #35339
Pappalardo Law Group, LLC
1921 Corporate Center Circle, 3A
Longmont, CO 80501
Telephone 303-250-1507
Fax: 775-429-4091
E-mail:  Marc@PappalardoLawGroup.com

*Attorneys for Defendants* David Silverstein, David Silverstein Investments, LLC, and DSI Investments, LLC

2

GLASSER LAW GROUP, LLC

*/s/ Daniel W. Glasser*
Daniel W. Glasser
GLASSER LAW GROUP, LLC
4582 S. Ulster Street Parkway, Suite 1650
Denver, Colorado  80237
Telephone:  (720) 963-7555
Facsimile:   (720) 488-7711
Email: dglasser@glasserlawgroup.com
*Attorneys for Defendant* Evergreen Industries, Inc.*,*
*BMGI Corp., and BMGI Holdings LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of April, 2011, a true and correct copy of the foregoing **DEFENDANTS' RESPONSE TO LETTER FROM DAVID MANSFIELD** was served electronically, addressed to:

Alan D. Sweetbaum
(asweetbaum@sweetbaumlevinesands.com)
Thomas L. DeVine
(tdevine@sweetbaumlevinesands.com)
Sweetbaum, Levin and Sands, P.C.
1125 Seventeenth Street, Suite 2100
Denver, CO 80202
*Attorneys for Ilona Kirzhner*


And mail to:

David Mansfield
32 Summit Street
Philadelphia, PA 19118


*s/ Marc Pappalardo*
Marc Pappalardo