IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02858-CMA-BNB

ILONA KIRZHNER,

Plaintiff,

v.

DAVID SILVERSTEIN,
EVERGREEN INDUSTRIES, INC., a Colorado corporation, f/k/a Breakthrough Management Group International, Inc., f/k/a Breakthrough Management Group, Inc.,
DAVID SILVERSTEIN INVESTMENTS, LLC, a Colorado limited liability company,
DSI INVESTMENTS, LLC, a Colorado limited liability company,
BMGI CORPORATION, a Delaware corporation, and
BMGI HOLDINGS, LLC, a Delaware limited liability company,

Defendants.
_____

**ORDER**
_____

This matter is before me on an email (the "email") [Doc. #211] sent directly to my chambers on May 17, 2011, by David Mansfield, an "Interested Party" in this case. The email is an improper communication. All matters to be called to a judicial officer's attention must be submitted through the clerk's office for filing, with copies served on all parties (or their attorneys if they are represented).

In addition, Mr. Mansfield requests a court order. The Federal Rules of Civil Procedure provide that "[a] request for a court order must be made by motion." "The rules governing captions and other matters of form in pleadings apply to motions and other papers." Rule 7, Fed.R.Civ.P.

IT IS ORDERED:

1.	The email is STRICKEN;

2.	Mr. Mansfield shall not send communications directly to my chambers unless otherwise instructed; and

3.	All future applications to the court must be submitted in the form of a motion and in compliance with the federal rules of procedure, local rules, and this order.

Dated May 19, 2011.

                                                    BY THE COURT:

                                                    s/ Boyd N. Boland
                                                    United States Magistrate Judge