IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 09-cv-02858-CMA-BNB | FTR BNB Geneva D. Mattei |
| **Date:** June 13, 2011 | COURTROOM A-401 |

| | |
|---|---|
| ILONA KIRZHNER, | Thomas DeVine, Jr. |
| an individual | Alan Sweetbaum |
| Plaintiff(s), | |
| v. | |
| DAVID SILVERSTEIN, | Marc Pappalardo |
| an individual | Daniel Glasser |
| EVERGREEN INDUSTRIES, INC., | Daniel Glasser |
| a Colorado corporation | |
| formerly known as | |
| Breakthrough Management Group | |
| International Inc. | |
| DAVID SILVERSTEIN INVESTMENTS, LLC, and | Marc Pappalardo |
| a Colorado limited liability company | Daniel Glasser |
| DSI INVESTMENTS, LLC, | Marc Pappalardo |
| a Colorado limited liability company | Daniel Glasser |
| BMGI CORPORATION, and | Daniel Glasser |
| a Delaware corporation | |
| BMGI HOLDINGS, LLC, | Daniel Glasser |
| a Delaware limited liability company | |
| Defendant(s), | |

**COURTROOM MINUTES**

**EVIDENTIARY HEARING**

Court in Session: 1:38 p.m.

Court calls case.

Appearances of Counsel.  Plaintiff present. Defendant David Silverstein present. Mr. Mansfield failed to appear.

Discussion regarding the protective order.

**ORDERED:  Defendants' joint motion for protective order concerning illegal recordings and request for evidentiary hearing [doc #144; 3/14/11] is granted in part as stated on the record.**

**ORDERED: Petitioner's motion for exclusion of illegally obtained evidence and protective order [doc. #204; filed 5/13/11] is denied as abandoned.**

Court in recess:   1:56 p.m.     Hearing concluded.    Total time in court:   00:18

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.