Exhibit J

## Timothy J. Schafer

**From:** Timothy J. Schafer [tschafer@stlawpc.com]
**Sent:** Thursday, September 24, 2009 1:14 PM
**To:** Ilona Kirzhner; Ciatto, Frank A.; asweetbaum@fslpc.com; vikhman@verizon.net; 'Ilona Kirzhner'; lev@voltsun.com
**Subject:** RE: Kirzhner / BMG / David Silverstein Matter

Hello all - I just returned from the BMG offices, where I inquired if an "auction" was taking place today. I was greeted by a woman sitting in the entry area conference room (I presume administrative person), who indicated "yes" an auction was taking place. She directed me to wait for a moment as the person I needed to speak with was currently with someone else. By the way, there were only 2 vehicles in the main parking lot, and not many by the employee side entrance (I would guess 10-15).

David Silverstein himself emerged and addressed me; he didn't give his name, and I don't think he recognized me. He didn't ask my name, but did ask for a card which I said I had in my car. He seemed quite surprised that I was there for the auction, with website advertisement in hand. He asked what I was interested in, and I suggested my company wanted a few offices of furniture. He seemed increasingly anxious/nervous as we talked, and was quite evasive. I'm fairly certain he thought I was just some guy looking for cheap furniture (and even asked if I was a furniture dealer); and I was purposefully dressed very casually.

In any event, as soon as he saw the web advertisement and I articulated my interest, he waived off the advertisement and quite bluntly stating that he "didn't like to waste anyone's time," and stated that the web information was placed only because it was what the "law requires." He volunteered that he was a "lender" to them (BMG?), that they had defaulted on his substantial debt position ("millions of dollars") and that the advertisement I had was what "the law requires" in connection with his foreclosure; and that he had been surprised that they ("BMG"?) had "come up with the financing . ."

His offered explanations were mostly incomprehensible, but after repeating again that the advertisement(s?) were placed only because they were what the "law requires," advised me that any sale would only be of everything. He indicated an expected value of $5m+, and that there really wasn't anything for sale at the "auction." I couldn't ascertain whether he was really in discussions with bona fide purchasers of the business at the $5m+ figure, or whether he just made those statement to get rid of me. I ended the conversation by stating rhetorically "so there really isn't any furniture for sale?" to which he replied "no" and I left.

Let me know if you wish to discuss in more detail. It seems to me this all would support a claim that the "public auction" was not bonified or real, and that any foreclosure action commmenced between himself or a related company and BMGI was also likely a contrived scheme, and/or in bad faith. I will be happy to provide an affidavit if necessary. Thanks.

----- Original Message -----
**From:** Ilona Kirzhner
**Received:** 09/20/2009 03:37 PM

*Schafer*
EXHIBIT
*1*

11/10/10
AGREN BLANDO REPORTING

9/14/2010

Schaf0006