**The attached document is Exhibit 36 filed UNDER SEAL to Plaintiff's Response to BMGI's Motion for Summary Judgment (Docket #263) in Civil Action No. 1:09-cv-2858-CMA-BNB.**