System: 12/28/2010  8:33:03 AM
User Date: 12/28/2010

Page: 309
User ID: LeslieK
DS 44729

# HISTORICAL DETAILED TRIAL BALANCE FOR 2009
## Evergreen Industries, Inc.

CONFIDENTIAL INFORMATION

**Account: 000-2310-000**

| Trx Date | Jrnl No. | Orig. Audit Trail | Distribution Reference | Orig. Master Name | Orig. Master Number | Debit | Credit |
|---|---|---|---|---|---|---|---|
| 10/11/2009 | 131,326 | GLTRX00017865 | | | | $2,357.01 | $4,625.77 |
| 10/18/2009 | 111,648 | GLTRX00014226 | | | | $2,268.76 | |
| 10/18/2009 | 119,267 | GLTRX00015782 | | | | $2,357.01 | $4,625.77 |
| 10/18/2009 | 131,327 | GLTRX00017865 | | | | $2,268.76 | |
| 10/25/2009 | 111,649 | GLTRX00014226 | | | | $2,357.01 | $4,625.77 |
| 10/25/2009 | 119,268 | GLTRX00015782 | | | | $2,268.76 | |
| 10/25/2009 | 131,328 | GLTRX00017865 | | | | $21,938.00 | $21,938.00 |
| 11/1/2009 | 111,605 | PMTRX00002437 | Purchases | Brass Real Estate Income fund II, L.P. | 11012009 | $2,268.76 | $4,625.77 |
| 11/1/2009 | 111,650 | GLTRX00014226 | | | | $2,357.01 | |
| 11/1/2009 | 119,269 | GLTRX00015782 | | | | $21,938.00 | $21,938.00 |
| 11/1/2009 | 122,114 | PMVR00000322 | Purchases | Brass Real Estate Income fund II, L.P. | 11012009 | $2,268.76 | |
| 11/1/2009 | 122,123 | PMTRX00003501 | Nov09Rent/CAM | David Silverstein Investments, LLC | 11012009 | $21,938.00 | |
| 11/1/2009 | 127,427 | PMVR00000365 | Purchases | David Silverstein Investments, LLC | 11012009 | $2,357.01 | $4,625.77 |
| 11/1/2009 | 131,329 | GLTRX00017865 | | | | | |
| 11/8/2009 | 111,651 | GLTRX00014226 | | | | $2,268.76 | |
| 11/8/2009 | 119,270 | GLTRX00015782 | | | | $2,357.01 | $4,625.77 |
| 11/8/2009 | 131,330 | GLTRX00017865 | | | | $2,268.76 | |
| 11/15/2009 | 111,652 | GLTRX00014226 | | | | $2,357.01 | $4,625.77 |
| 11/15/2009 | 119,271 | GLTRX00015782 | | | | $2,268.76 | |
| 11/15/2009 | 131,331 | GLTRX00017865 | | | | | |
| 11/22/2009 | 111,653 | GLTRX00014226 | | | | $2,268.76 | |
| 11/22/2009 | 119,272 | GLTRX00015782 | | | | $2,357.01 | $4,625.77 |
| 11/22/2009 | 131,332 | GLTRX00017865 | | | | $2,268.76 | |
| 11/29/2009 | 111,654 | GLTRX00014226 | | | | $2,357.01 | |
| 11/29/2009 | 119,273 | GLTRX00015782 | | | | $21,938.00 | $21,938.00 |
| 11/29/2009 | 131,333 | GLTRX00017865 | | | | | |
| 12/1/2009 | 111,606 | PMTRX00002437 | Purchases | Brass Real Estate Income fund II, L.P. | 12012009 | $2,268.76 | |
| 12/1/2009 | 122,115 | PMVR00000322 | Purchases | Brass Real Estate Income fund II, L.P. | 12012009 | $21,938.00 | $21,938.00 |
| 12/6/2009 | 111,655 | GLTRX00014226 | | | | $2,268.76 | $4,625.77 |
| 12/6/2009 | 119,274 | GLTRX00015782 | | | | | |
| 12/6/2009 | 122,124 | PMTRX00003502 | Dec09Rent/CAM | David Silverstein Investments, LLC | 12012009 | $21,938.00 | |
| 12/6/2009 | 127,428 | PMVR00000365 | Purchases | David Silverstein Investments, LLC | 12012009 | $2,357.01 | $4,625.77 |
| 12/6/2009 | 131,334 | GLTRX00017865 | | | | | |
| 12/13/2009 | 111,656 | GLTRX00014226 | | | | $2,268.76 | |
| 12/13/2009 | 119,275 | GLTRX00015782 | | | | $2,357.01 | $4,625.77 |
| 12/13/2009 | 131,335 | GLTRX00017865 | | | | $2,268.76 | |
| 12/20/2009 | 111,657 | GLTRX00014226 | | | | $2,357.01 | $4,625.77 |
| 12/20/2009 | 119,276 | GLTRX00015782 | | | | $2,268.76 | |
| 12/20/2009 | 131,336 | GLTRX00017865 | | | | | |
| 12/27/2009 | 111,658 | GLTRX00014226 | | | | $2,268.67 | $4,625.73 |
| 12/27/2009 | 119,277 | GLTRX00015782 | | | | $2,357.06 | |
| 1/2/2010 | 132,991 | GLTHS00000063 | YE Clear out of minor balances | | | | |

Totals: $707,399.99 $598,446.99
Net Change: $108,953.00
Beginning Balance: -$22,998.46
Ending Balance: $0.00

**Account: 000-2315-000**   Description: Accrued Rent - Tabor Center

| Trx Date | Jrnl No. | Orig. Audit Trail | Distribution Reference | Orig. Master Name | Orig. Master Number | Debit | Credit |
|---|---|---|---|---|---|---|---|
| 1/4/2009 | 96,304 | ALTRN00001780 | | | JAN 09 RENT | $11,057.88 | |
| 1/11/2009 | 111,548 | GLTRX00014224 | | | | | $2,568.60 |
| 1/18/2009 | 111,549 | GLTRX00014224 | | | | | $2,568.60 |
| 1/25/2009 | 111,550 | GLTRX00014224 | | | | | $2,568.60 |
| 1/25/2009 | 111,551 | GLTRX00014224 | | | | | $2,568.60 |
| 2/1/2009 | 111,552 | GLTRX00014224 | | | | | $2,568.60 |
| 2/2/2009 | 100,441 | PMTRX00001747 | Purchases | CO-Tabor, LLC | FEB 09 | $11,057.88 | |
| 2/8/2009 | 111,553 | GLTRX00014224 | | | | | $2,568.60 |
| 2/15/2009 | 111,554 | GLTRX00014224 | | | | | $2,568.60 |
| 2/22/2009 | 111,555 | GLTRX00014224 | | | | | $2,568.60 |
| 3/1/2009 | 111,556 | GLTRX00014224 | | | | | $2,568.60 |
| 3/8/2009 | 111,557 | GLTRX00014224 | | | | | $2,568.60 |
| 3/13/2009 | 104,386 | PMTRX00001815 | Purchases | CO-Tabor, LLC | MAR 09 RENT | $11,057.88 | |
| 3/15/2009 | 111,558 | GLTRX00014224 | | | | | $2,568.60 |
| 3/22/2009 | 111,559 | GLTRX00014224 | | | | | $2,568.60 |

EXHIBIT 36

| System: | 12/28/2010 | | | | | HISTORICAL DETAILED TRIAL BALANCE FOR 2009 | | | Page: | 309 |
|---|---|---|---|---|---|---|---|---|---|---|
| User Date: | 12/28/2010 | 8:33:03 AM | | | | Evergreen Industries, Inc. | | | User ID: | LeslieK   DS 44729 |

CONFIDENTIAL INFORMATION

| Trx Date | Jrnl No. | Orig. Audit Trail | | Distribution Reference | Orig. Master Number | Orig. Master Name | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 10/11/2009 | 131,326 | GLTRX00017865 | | | | | $2,357.01 | |
| 10/18/2009 | 111,648 | GLTRX00014226 | | | | | | $4,625.77 |
| 10/18/2009 | 119,267 | GLTRX00015782 | | | | | $2,268.76 | |
| 10/18/2009 | 131,327 | GLTRX00014226 | | | | | $2,357.01 | $4,625.77 |
| 10/25/2009 | 111,649 | GLTRX00014226 | | | | | $2,268.76 | |
| 10/25/2009 | 119,268 | GLTRX00015782 | | | | | $2,357.01 | |
| 10/25/2009 | 131,328 | GLTRX00017865 | | | | | | $4,625.77 |
| 11/1/2009 | 111,605 | PMTRX00002437 | | Purchases | 11012009 | Brass Real Estate Income fund II, L.P. | $2,357.01 | $4,625.77 |
| 11/1/2009 | 111,650 | GLTRX00014226 | | | | | $21,938.00 | |
| 11/1/2009 | 119,269 | GLTRX00015782 | | | | | $2,268.76 | $21,938.00 |
| 11/1/2009 | 122,114 | PMVVR00000322 | | Purchases | 11012009 | Brass Real Estate Income fund II, L.P. | | |
| 11/1/2009 | 122,123 | PMTRX00003501 | | Nov09Rent/CAM | 11012009 | David Silverstein Investments, LLC | $21,938.00 | $21,938.00 |
| 11/1/2009 | 127,427 | PMVVR00000365 | | Purchases | 11012009 | David Silverstein Investments, LLC | | |
| 11/8/2009 | 131,329 | GLTRX00017865 | | | | | $2,357.01 | $4,625.77 |
| 11/8/2009 | 111,651 | GLTRX00014226 | | | | | $2,268.76 | |
| 11/8/2009 | 119,270 | GLTRX00015782 | | | | | $2,357.01 | $4,625.77 |
| 11/15/2009 | 111,652 | GLTRX00014226 | | | | | $2,268.76 | |
| 11/15/2009 | 119,271 | GLTRX00015782 | | | | | $2,357.01 | $4,625.77 |
| 11/15/2009 | 131,331 | GLTRX00017865 | | | | | $2,268.76 | |
| 11/22/2009 | 111,653 | GLTRX00014226 | | | | | $2,357.01 | $4,625.77 |
| 11/22/2009 | 119,272 | GLTRX00015782 | | | | | $2,268.76 | |
| 11/22/2009 | 131,332 | GLTRX00017865 | | | | | $2,357.01 | $4,625.77 |
| 11/29/2009 | 111,654 | GLTRX00014226 | | | | | $2,268.76 | |
| 11/29/2009 | 119,273 | GLTRX00015782 | | | | | $2,357.01 | |
| 11/29/2009 | 131,333 | GLTRX00017865 | | | | | | |
| 12/1/2009 | 111,606 | PMTRX00002437 | | Purchases | 12012009 | Brass Real Estate Income fund II, L.P. | $2,268.76 | $21,938.00 |
| 12/1/2009 | 122,115 | PMVVR00000322 | | Purchases | 12012009 | Brass Real Estate Income fund II, L.P. | | $4,625.77 |
| 12/6/2009 | 111,655 | GLTRX00014226 | | | | | $2,268.76 | |
| 12/6/2009 | 119,274 | GLTRX00015782 | | | | | $2,357.01 | |
| 12/6/2009 | 122,124 | PMTRX00003502 | | Dec09Rent/CAM | 12012009 | David Silverstein Investments, LLC | $21,938.00 | $21,938.00 |
| 12/6/2009 | 127,428 | PMVVR00000365 | | Purchases | 12012009 | David Silverstein Investments, LLC | | |
| 12/6/2009 | 131,334 | GLTRX00017865 | | | | | $2,357.01 | $4,625.77 |
| 12/13/2009 | 111,656 | GLTRX00014226 | | | | | $2,268.76 | |
| 12/13/2009 | 119,275 | GLTRX00015782 | | | | | $2,357.01 | $4,625.77 |
| 12/13/2009 | 131,335 | GLTRX00017865 | | | | | $2,268.76 | |
| 12/20/2009 | 111,657 | GLTRX00014226 | | | | | $2,357.01 | |
| 12/20/2009 | 119,276 | GLTRX00015782 | | | | | | |
| 12/20/2009 | 131,336 | GLTRX00017865 | | | | | $2,268.76 | $4,625.77 |
| 12/27/2009 | 111,658 | GLTRX00014226 | | | | | $2,357.01 | |
| 12/27/2009 | 119,277 | GLTRX00015782 | | | | | $2,268.67 | $4,625.73 |
| 1/2/2010 | 132,991 | GLTHS00000063 | | YE Clear out of minor balances | | | $2,357.06 | |

| | | | Totals: | | Net Change | $108,953.00 | $707,399.99 | $698,446.99 |
|---|---|---|---|---|---|---|---|---|
| | | | | | Ending Balance | $0.00 | | |

| Account: | 000-2310-000 | | | Description: | Accrued Rent - Tabor Center | | Beginning Balance: | -$22,998.46 |
|---|---|---|---|---|---|---|---|---|

| Account: | 000-2315-000 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Trx Date | Jrnl No. | Orig. Audit Trail | | Distribution Reference | Orig. Master Number | Orig. Master Name | Debit | Credit |
| 1/4/2009 | 96,304 | ALTRN00001780 | | | JAN 09 RENT | | $11,057.88 | $2,568.60 |
| 1/4/2009 | 111,548 | GLTRX00014224 | | | | | | $2,568.60 |
| 1/11/2009 | 111,549 | GLTRX00014224 | | | | | | $2,568.60 |
| 1/18/2009 | 111,550 | GLTRX00014224 | | | | | | $2,568.60 |
| 1/25/2009 | 111,551 | GLTRX00014224 | | | | | | $2,568.60 |
| 2/1/2009 | 111,552 | GLTRX00014224 | | | | | | $2,568.60 |
| 2/2/2009 | 100,441 | PMTRX00001747 | | Purchases | FEB 09 | CO-Tabor, LLC | $11,057.88 | |
| 2/8/2009 | 111,553 | GLTRX00014224 | | | | | | $2,568.60 |
| 2/15/2009 | 111,554 | GLTRX00014224 | | | | | | $2,568.60 |
| 2/22/2009 | 111,555 | GLTRX00014224 | | | | | | $2,568.60 |
| 3/1/2009 | 111,556 | GLTRX00014224 | | | | | | $2,568.60 |
| 3/8/2009 | 111,557 | GLTRX00014224 | | | | | | $2,568.60 |
| 3/13/2009 | 104,386 | PMTRX00001815 | | Purchases | MAR 09 RENT | CO-Tabor, LLC | $11,057.88 | |
| 3/15/2009 | 111,558 | GLTRX00014224 | | | | | | $2,568.60 |
| 3/22/2009 | 111,559 | GLTRX00014224 | | | | | | $2,568.60 |