## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09CV02858 CMA-BNB

ILONA KIRZHNER, an individual

     Plaintiff/Counterdefendant,

v.

DAVID SILVERSTEIN, an individual
EVERGREEN INDUSTRIES, INC., f/k/a
BREAKTHROUGH MANAGEMENT
GROUP INTERNATIONAL, INC., f/k/a
BREAKTHROUGH MANAGEMENT
GROUP, INC., a Colorado corporation
DAVID SILVERSTEIN INVESTMENTS,
LLC, a Colorado limited liability company,
DSI INVESTMENTS, LLC, a Colorado
limited liability company;
BMGI CORPORATION, a Delaware
corporation;
BMGI HOLDINGS LLC, a Delaware limited
liability
company,

     Defendants.

v.

DAVID SILVERSTEIN, an individual
EVERGREEN INDUSTRIES, INC., a
Colorado corporation,

Counterclaimants

---

## DEFENDANTS' UNOPOSED MOTION FOR TRIAL SCHEDULING CONFERENCE

Defendants David Silverstein, David Silverstein Investments, LLC, DSI Investments, LLC, Evergreen Industries ("BMGI Inc."), BMGI Corporation ("BMGI Corp.") and BMGI Holdings, LLC ("BMGI Holdings") (collectively "Defendants") hereby submit their Unopposed Motion for a Trial Scheduling Conference as follows:

## CERTIFICATE OF CONFERRAL

Pursuant to D.COLO.LCivR 7.1, counsel for Defendants conferred with counsel for Plaintiff regarding the relief sought in this Motion. Counsel for Plaintiff neither opposes nor supports the relief sought in this Motion. Accordingly, the matter is unopposed.

## MOTION

On August 5, 2011, the Court held a hearing via teleconference with counsel for Plaintiff, and counsel for co-defendants BMGI Inc., BMGI Corp., and BMGI Holdings, LLC (collectively the "BMGI Co-Defendants") regarding a two-week trial initially set to commence on March 26, 2012.

Counsel for Defendants David Silverstein, Silverstein Investments, and DSI Investments was out of the state on vacation and had limited access to telephone and email. Mr. Silverstein was also out of the state, and likewise had limited access to telephone and email.

At the hearing, the Court vacated the initial trial setting, and rescheduled the trial to start on April 30, 2012. Unfortunately, Mr. Silverstein is scheduled to host a business meeting during the first week of May and the company has committed in excess of one-hundred thousand dollars to reserve a hotel/resort for that event. Counsel for the BMGI Co-Defendants was unaware of this conflict during the August 5, 2011 teleconference and was only notified of the conflict after informing Mr. Silverstein of the rescheduled trial date. If Counsel for BMGI Co-Defendants had

known of the conflict, he would have notified the court at the time of the hearing with the Court.

WHEREFORE, Defendants respectfully request a scheduling conference with the Court to re-set the April 30, 2012 trial.

Respectfully Submitted this 9th day of August, 2011

PAPPALARDO LAW GROUP, LLC

By:         /s Marc Pappalardo
MARC F. PAPPALARDO #35339
Pappalardo Law Group, LLC
1919 14th Street, Suite 510
Boulder, CO 80302
Telephone 303-250-1507
Fax: 775-429-4091
E-mail:  Marc@PappalardoLawGroup.com
*Attorneys for Defendants* David Silverstein, David Silverstein Investments, LLC, and DSI Investments, LLC

CHIPMAN GLASSER, LLC


By:        *s/ Daniel Glasser*
DANIEL GLASSER #37716
CHIPMAN GLASSER, LLC
2000 S. Colorado Blvd., Tower I, Suite 7500
Denver, Colorado 80222
Telephone 303-578-5780
E-mail:  dglasser@chipmanglasser.com


*Attorneys for Evergreen Industries, Inc.,
BMGI Corp. and BMGI Holdings LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2011, a true and correct copy of the foregoing **DEFENDANTS' UNOPOSED MOTION FOR TRIAL SCHEDULING CONFERENCE** was served electronically, addressed to:


Alan D. Sweetbaum (asweetbaum@sweetbaumlevinesands.com)
Thomas L. DeVine (tdevine@sweetbaumlevinesands.com)
Fisher, Sweetbaum, Levin and Sands, P.C.
1125 Seventeenth Street, Suite 2100
Denver, CO 80202
*Attorneys for Ilona Kirzhner*


Burkeley N. Riggs (burke.riggs@moyewhite.com)
Moye White LLP
16 Market Square, 6th Floor
1400 16th Street
Denver, CO 80202
*Attorney for Tim Shafer*


*/s Daniel W. Glasser*
Daniel W. Glasser