IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02858-RBJ-BNB

ILONA KIRZHNER,

Plaintiff,

v.

DAVID SILVERSTEIN,
EVERGREEN INDUSTRIES, INC., a Colorado corporation, f/k/a Breakthrough Management Group International, Inc., f/k/a Breakthrough Management Group, Inc.,
DAVID SILVERSTEIN INVESTMENTS, LLC, a Colorado limited liability company, and
DSI INVESTMENTS, LLC, a Colorado limited liability company,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate and Re-Set January 26, 2012 Hearing** [docket no. 311, filed January 23, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the hearing on plaintiff's Motion to Strike or Exclude Testimony of Defendants' Proffered Expert J. William Callison [225] and to discuss the *in camera* review of the "documents redacted by Mr. Schafer," as directed by the district judge in his Order [305] set for January 26, 2012, has been vacated and reset to **February 6, 2012, at 2:00 p.m.**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: January 17, 2012