IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

Courtroom Deputy: Laura Galera
Court Reporter: Kara Spitler

Date: May 4, 2012

---

Civil Action No. 09-cv-02858-RBJ-BNB

| *Parties*: | *Counsel*: |
| --- | --- |
| ILONA KIRZHNER,<br><br>Plaintiff, | Alan D. Sweetbaum<br>Thomas DeVine, Jr. |
| v. | |
| DAVID SILVERSTEIN,<br>EVERGREEN INDUSTRIES, INC.,<br>DAVID SILVERSTEIN INVESTMENTS, LLC,<br>DSI INVESTMENTS, LLC,<br>BMGI CORPORATION, and<br>BMGI HOLDINGS, LLC,<br><br>Defendants. | Amy L. Benson<br>Timothy Beyer |

---

COURTROOM MINUTES

---

**TRIAL PREPARATION CONFERENCE**

**8:49 a.m. Court in session.**

Discussion between the Court and counsel regarding existing claims.

Argument by counsel as to Defendant's Motion In Limine To Limit Testimony Regarding Fraudulent Concealment Doc.# [335], Defendant's Second Motion In Limine On Evidentiary Issues Doc.# [336], and Defendant's Motion To Amend Pretrial Order Doc.# [337].

Discussion regarding jury instructions and voir dire.

**ORDERED:** Plaintiff to file a response to Defendant's Motion In Limine To Limit Testimony

Regarding Fraudulent Concealment Doc.# [335] no later than **May 11, 2012.**

**ORDERED:** Defendant's Second Motion In Limine On Evidentiary Issues Doc.# [336] is GRANTED IN PART AND DENIED IN PART for the reasons as stated on the record.

**ORDERED:** Defendant's Motion To Amend Pretrial Order Doc.# [337] is DENIED. In the alternative, if the parties are unable to agree on what the claims are, they may file a list no later than **May 11, 2012** and the Court will decide what the claims are.

**ORDERED:** Trial Preparation Conference continued to **May 16, 2012 at 8:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-702, Seventh Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**9:52 a.m.** **Court in recess.**

Hearing continued.

Total time: 01:03