IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 09-cv-02858-RBJ-BNB

ILONA KIRZHNER,

    Plaintiff,

v.

DAVID SILVERSTEIN, an individual,
EVERGREEN INDUSTRIES, INC., f/k/a BREAKTHROUGH MANAGEMENT GROUP
INTERNATIONAL, INC., f/k/a BREAKTHROUGH MANAGEMENT GROUP, INC., a
Colorado corporation,
DAVID SILVERSTEIN INVESTMENTS, LLC, a Colorado limited liability company,
DSI INVESTMENTS, LLC, a Colorado limited liability company,
BMGI CORPORATION, a Delaware corporation, and
BMGI HOLDINGS, LLC, a Delaware limited liability company,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

The Court, having reviewed the Plaintiff Ilona Kirzhner, and the Defendants David Silverstein, Evergreen Industries, Inc. f/k/a Breakthrough Management Group, Inc., David Silverstein Investments, LLC, DSI Investments, LLC, BMGI Corporation, and BMGI Holdings, LLC, Stipulated Motion to Dismiss with Prejudice, hereby grants the Motion and orders that this matter is dismissed with prejudice, each party to bear their own fees and costs.

DATED this 9th day of July, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge